# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO SAUCEDO-HERNANDEZ,<br><br>Defendant. | Case No.: 17CR0971-WQH<br><br>**JUDGEMENT AND ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

**IT IS HEREBY ORDERED**, upon motion by the United States, that the indictment in the above-captioned case is dismissed without prejudice in the interest of justice and for the reasons stated in the United States' Motion to Dismiss.

**SO ORDERED.**

Dated: May 31, 2017

Hon. William Q. Hayes
United States District Court